UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN SINGER, et al.,
                        Petitioners,

         -against-                       21 Civ. 10916 (LGS)

ALAN ETT,                                   ORDER
                        Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this action concerns a petition to stay an arbitration proceeding (the "Petition"). (Dkt. No. 1.)

       WHEREAS, on December 21, 2021, an electronic summons was issued as to Respondent. (Dkt. No. 5.)

       WHEREAS, Petitioners have not filed proof of service and Respondent has not yet appeared. It is hereby

       **ORDERED** that, by **February 4, 2022**, Petitioners shall file proof of service.

Dated:  February 1, 2022
          New York, New York

                                              LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE